IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

REGINALD CORNELIUS LATSON, :
:
Plaintiff, :
v. : Case No.:1:16-cv-447 (GBL/MSN)
:
HAROLD W. CLARKE, *et al*., :
:
Defendants. :

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Reginald Cornelius Latson and Defendants Rappahannock Regional Jail Authority, Joseph Higgs, Phil Grimes, and William Diehl hereby stipulate and agree, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to the dismissal with prejudice of all claims and counterclaims that were or could have been raised by any of them in this action. Each party to bear its own costs and attorneys' fees.

*/s/ Caitlin Marie Kasmar*
Caitlin Marie Kasmar, VA Bar # 68298
Andrew Richard Louis, VA Bar # 47111
Katherine Katz, VA Bar # 80171
John Bell Williams III
Buckley Sandler LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Ph: (202) 349-8000
Fax: (202) 349-8080
ckasmar@buckleysandler.com
alouis@buckleysandler.com
kkatz@buckleysandler.com
jwilliams@buckleysandler.com

Elliot M. Mincberg
Washington Lawyers' Committee
for Civil Rights and Urban Affairs
11 Dupont Circle NW, Suite 400
Washington, DC 20036
Ph: (202) 319-1000
Fax: (202) 319-1010
elliot_mincberg@washlaw.org

*Counsel for Plaintiff*
*Reginald Cornelius Latson*

Dated: June 5, 2017

*/s/ Alexander Francuzenko* (w/ consent)
Alexander Francuzenko, VA Bar # 36510
Broderick C. Dunn, VA Bar # 74847
Philip C. Krone, VA Bar # 87723
Michael D. Arena, VA Bar # 87278
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Alex@cookcraig.com
BDunn@cookcraig.com
PKrone@cookcraig.com
MArena@cookcraig.com

*Counsel for Defendants Joseph Higgs,*
*William Diehl, Phil Grimes, and*
*Rappahannock Regional Jail Authority*

SO ORDERED:

______________________________
Gerald Bruce Lee
United States District Judge

Dated: _______________, 2017

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have served a copy of the foregoing Stipulation of Dismissal with Prejudice via ECF, this the 5th day of June, 2017 to:

Alexander Francuzenko, VA Bar # 36510
Broderick C. Dunn, VA Bar # 74847
Philip C. Krone, VA Bar # 87723
Michael D. Arena, VA Bar # 87278
Cook Craig & Francuzenko, PLLC
3050 Chain Bridge Road, Suite 200
Fairfax, VA 22030
Alex@cookcraig.com
BDunn@cookcraig.com
PKrone@cookcraig.com
MArena@cookcraig.com

*Counsel for Defendants Joseph Higgs, William Diehl, Phil Grimes, and Rappahannock Regional Jail Authority*

*/s/ Caitlin Marie Kasmar*

Caitlin Marie Kasmar, VA Bar # 68298
Buckley Sandler LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Ph: (202) 349-8000
Fax: (202) 349-8080
ckasmar@buckleysandler.com

*Counsel for Plaintiff Reginald Cornelius Latson*